UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLARD & WHEELER PROPERTIES, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD E. CEARLEY, et al.,<br><br>　　　　　　Defendants. | No.  2:15-cv-1068 TLN AC (PS)<br><br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

On May 26, 2015, the undersigned recommended that this removed action be remanded to the San Joaquin County Superior Court, for lack of federal jurisdiction.  ECF No. 4.  Defendant has now filed a motion for a temporary restraining order in which he asks this court to "over rule" or "rescind" the judgment entered by the "(Lower Court) State of California Superior Court San Joaquin County Manteca case: 39-003244690-CL-UD-MAN."  ECF No. 5.

This court cannot grant the emergency relief requested for two basic reasons.  First, this court lacks jurisdiction over this action, as explained in the Findings and Recommendations.  In the absence of federal jurisdiction, this court lacks the authority to grant injunctive relief.  See Amerco v. NLRB, 458 F.3d 883, 884 (9th Cir. 2006) (affirming the district court's order dismissing the Appellants' motion for a preliminary injunction based on lack of subject matter jurisdiction); Camillos v. U.S. Bank Nat. Ass'n, 2011 WL 5122619 at *2  (N.D. Cal. 2011) ("In

1 the absence of a complaint setting out the basis for jurisdiction, the court lacks the jurisdiction to
2 grant a temporary restraining order"). Second, this court has no authority to overrule the state
3 court's decision. See Skinner v. Switzer, 131 S. Ct. 1289, 1297 (2011) (clarifying that the rule
4 prohibiting federal court review of state judgments applies to "'cases brought by state-court losers
5 . . . inviting district court review and rejection of [the state court's] judgments'") (citing Rooker v.
6 Fidelity Trust Co., 263 U.S. 413 (1923), and District of Columbia Court of Appeals v. Feldman,
7 460 U.S. 462 (1983)).

8 Accordingly, IT IS HEREBY RECOMMENDED that defendant's request for a temporary
9 restraining order (ECF No. 5) be DENIED.

10 These findings and recommendations are submitted to the United States District Judge
11 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Because of the
12 emergency nature of the relief sought – defendant alleges that he will be evicted on June 10, 2015
13 – any party's written objections to these findings and recommendations shall be filed with the
14 court and served on all parties no later than **June 9, 2015 at 1:30 p.m**. Such a document should
15 be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response
16 to the objections shall be filed with the court and served on all parties no later than **June 9, 2015**
17 **at 4:30 p.m.** Failure to file objections within the specified time may waive the right to appeal the
18 District Court's order. Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst,
19 951 F.2d 1153, 1156-57 (9th Cir. 1991).

20 The Clerk is directed to deliver a courtesy copy of this Order and Findings and
21 Recommendations to plaintiff at the fax number specified on the docket.

22 DATED: June 9, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2