1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   POLLARD & WHEELER PROPERTIES,          No.  2:15-cv-1068 TLN AC (PS)
     LLC,
12
                    Plaintiff,
13                                          ORDER
            v.
14
     RONALD CEARLEY,
15
                    Defendant.
16

17

18          Plaintiff is proceeding in this action in pro per.  The matter was referred to a United States

19   Magistrate Judge pursuant to Local Rule 302(c)(21).

20          On May 26, 2015, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  (ECF No. 4.)  Plaintiff has

23   filed objections to the findings and recommendations.  (ECF No. 6.)

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   Court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   ////

                                                    1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed May 26, 2015 (ECF No. 4), are adopted in

3            full;

4        2.  Thus, this action is remanded to the San Joaquin County Superior Court;

5        3.  Given that this Court lacks subject matter jurisdiction, it cannot grant the relief

6            requested in Plaintiff's Motion for Temporary Restraining Order (ECF No. 5);

7        4.  Therefore, the subsequent findings and recommendations filed June 9, 2015 (ECF No.

8            7) are adopted in full and Plaintiff's Motion for Temporary Restraining Order (ECF

9            No. 5) is DENIED.

10

11   IT IS SO ORDERED.

12   Dated:  June 9, 2015

13

14   _____
                         Troy L. Nunley
15                       United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2